UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

CASE NO: 22-340

BENNETT FIELDS,

    Plaintiff,

v.

INTERNATIONAL VAPOR GROUP, INC.,
INTERNATIONAL VAPOR GROUP, LLC,
TURNING POINT BRANDS, LLC, VAPOR
SUPPLY, LLC, VAPOR BEAST, LLC and
VAPOR STOCKROOM, LLC

    Defendants.
_____/

## DEFENDANTS' NOTICE OF REMOVAL

Defendants, INTERNATIONAL VAPOR GROUP, INC., INTERNATIONAL VAPOR GROUP, LLC, TURNING POINT BRANDS, LLC, VAPOR SUPPLY, LLC, and VAPOR BEAST, LLC (collectively, "Defendants"), by and through their undersigned counsel and pursuant to 28 U.S.C. §§1332, 1441, and 1446, hereby file their Notice of Removal of this action from the Circuit Court of the Second Judicial Circuit, in and for Leon County, Florida, to the United States District Court for the Northern District of Florida and state as follows:

1. This cause was commenced in the Circuit Court of the Second Judicial Circuit, in and for Leon County, Florida on August 3, 2022.

2. Process was served on Defendants on August 23, 2022, and a copy of Plaintiff's Complaint setting forth the claim for relief upon which the action is based was first received by Defendants on said date.

3. This action is a civil action for personal injuries and the United States District Court for the Northern District of Florida has jurisdiction under U.S.C. §1332 by reason of diversity of citizenship of the parties.

4. The matter in dispute exceeds $75,000, exclusive of interest and costs, as Plaintiff seeks in excess of $100,000.00 per the Complaint, attached as Exhibit A.

5. At the time of the commencement of this action in state court, and since that time, Plaintiff was, and is now, a citizen of the state of Florida.

6. Defendant International Vapor Group, Inc. is an inactive Delaware corporation that no longer exists as it was converted to a Delaware LLC and re-named TPB International, LLC. TPB International, LLC's principal place of business is in Kentucky.

7. International Vapor Group, LLC is a Delaware limited liability company that was re-named TPB International, LLC. TPB International, LLC's principal place of business is in Kentucky.

8. Turning Point Brands, LLC is a Delaware entity with its principal place of business in Kentucky.

9. Vapor Supply, LLC is not associated with Turning Point Brands, LLC. The correct corporate name of the vapor supply business owned by Turning Point Brands, Inc. (the parent of Turning Point Brands, LLC) was Vapor Acquisitions Company, LLC, which no longer exists and was a former Delaware limited liability company.

10. Vapor Beast, LLC Is a Delaware entity re-named as TPB Beast LLC. TPB Beast's principal place of business is in Kentucky.

11. Vapor Stockroom, LLC is a Kentucky limited liability company with its principal place of business in Kentucky.

12. None of the Defendants is a citizen of the state in which the action was brought.

13. A copy of all process, pleadings, and orders served upon Defendants is filed with this notice.

14. Defendants will give written notice of the filing of this notice as required by 28 U.S.C.A. § 1446(d).

15. A copy of this notice will be filed with the clerk of the Second Judicial Circuit, in and for Leon County, Florida, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendants INTERNATIONAL VAPOR GROUP, INC., INTERNATIONAL VAPOR GROUP, LLC, TURNING POINT BRANDS, LLC, VAPOR SUPPLY, LLC, and VAPOR BEAST, LLC respectfully request that this action proceed in this court in their proper names and as an action properly removed to it.

Respectfully submitted,

**TORRESVICTOR**
*Counsel for Defendant*
5200 Blue Lagoon Drive
Suite 790
Miami, FL 33126
Telephone: (305) 675-1771

By: *Anna D. Torres*
Anna D. Torres, Esq.
Florida Bar Number: 74837
atorres@torresvictor.com

**Bowman and Brooke, LLP**
*Counsel for Defendant*
1064 Greenwood Blvd.
Suite 212
Lake Mary, Florida 32746
Telephone: (407) 585-7600

By: *Aimee M. Adams*
Aimee M. Adams, Esq.
Florida Bar Number: 99274
aimee.adams@bowmanandbrooke.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21nd day of September 2022, a true and correct copy of the foregoing was filed with the Clerk of Court using the Court's CM/ECF system and served on all counsel below receiving e-notification via the Court's CM/ECF system and/or by e-mail.

By: /s/ *Anna D. Torres*<br>Anna D. Torres, Esq.

Michael G. Haire, Jr., Esq.
1168 E. Tennessee Street
Tallahassee, FL 32308
mike@hairelaw.com

Chris Moore, Esq.
383 West Cheves Street
Florence, SC 29501
chris@richardsonthomas.com